USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2229 JUAN RAMON FREIRE-ROLON, Plaintiff, Appellant, v. CARMEN FELICIANO-DE-MELECIO, SECRETARY OF HEALTH, ET AL.,  Defendants, Appellees.    APPEAL FROM THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF PUERTO RICO  [Hon. Juan M. Perez-Gimenez, U.S. District Judge]    Before  Torruella, Chief Judge, Campbell, Senior Circuit Judge, and Lynch, Circuit Judge.     Ricardo L. Torres Munoz on brief for appellant. Carlos Lugo-Fiol, Solicitor General, Edda Serrano-Blasini,Deputy Solicitor General, and Roxanna Badillo-Rodriguez, AssistantSolicitor General, Department of Justice, on brief for appellees.June 8, 1999  Per Curiam. Upon careful review of the briefs and record, we conclude that the district court did not abuse its discretion in dismissing the complaint for failure to prosecute. We reach this conclusion essentially for the reasons stated by the district court in its Opinion and Order dated August 11, 1998. Plaintiff's long-standing inactivity, in addition to his failure to respond to defendants' dispositive motion, justified the dismissal. See John's Insulation, Inc. v. L. Addison & Assoc., Inc., 156 F.3d 101, 108-10 (1st Cir. 1998). Plaintiff's insufficient excuses and undeveloped appellate arguments do not convince us otherwise. Affirmed. See 1st Cir. Loc. R. 27.1.